

Littler Mendelson, P.C.
290 Broadhollow Road
Suite 305
Melville, NY  11747


Daniel Gomez-Sanchez
Shareholder
631.247.4713 direct
631.247.4700 main
631.824.9249 fax
dsgomez@littler.com

December 14, 2022

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2022
```

Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     Gabriel, et al. v. Sweetgreen, Inc.
        22-cv-09588

Dear Judge Vyskocil:

This firm represents Sweetgreen, Inc. in the above-referenced action.  We write with the consent of Plaintiff to respectfully request an extension of time to respond to the Complaint until January 23, 2023.

The extension is necessary because we are in discussions with Plaintiffs' counsel about dismissing this action and proceeding to arbitration.  First, Plaintiff Gabriel is subject to an arbitration agreement.  Second, it appears that Plaintiff Santiago did not work for Defendant within the applicable six-year statute of limitations, and Plaintiffs' counsel has been advised.  Given the holidays, and Plaintiffs' counsel need to speak with his clients, the parties believe an extension will be helpful.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/ *Daniel Gomez-Sanchez*

Daniel Gomez-Sanchez

cc:      All attorneys of record (via ECF)

4856-4370-5411.1 / 081089-1000

**Granted. SO ORDERED.**

Date: 12/14/2022
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

littler.com