

Littler Mendelson, P.C.
290 Broadhollow Road
Suite 305
Melville, NY  11747

Daniel Gomez-Sanchez
Shareholder
631.247.4713 direct
631.247.4700 main
631.824.9249 fax
dsgomez@littler.com

January 23, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2023

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     Gabriel, et al. v. Sweetgreen, Inc.
        22-cv-09588

Dear Judge Vyskocil:

As the Court is aware, this firm represents Sweetgreen, Inc. in the above-referenced action.  We write with the consent of Plaintiff to respectfully request an extension of time to respond to the Complaint until February 6, 2023.

The extension is necessary because we are still in discussions with Plaintiffs' counsel about dismissing this action and proceeding to arbitration.  As previously noted, Plaintiff Gabriel is subject to an arbitration agreement, and we have discovered he may be subject to another.  Second, we are still discussing with Plaintiffs' counsel the dismissal of Plaintiff Santiago's claims as barred by the applicable six-year statute of limitations.  This is Defendant's second request for an extension of time.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/ Daniel Gomez-Sanchez

Daniel Gomez-Sanchez

cc:     All attorneys of record (via ECF)

4866-7418-4524.1 / 081089-1083

**Granted. SO ORDERED.**

Date: 1/24/2023
New York, New York

Mary Kay Vyskocil
United States District Judge

littler.com