

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2023
```

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

Daniel Gomez-Sanchez
Shareholder
631.247.4713 direct
631.247.4700 main
631.824.9249 fax
dsgomez@littler.com

February 7, 2023

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Gabriel, et al. v. Sweetgreen, Inc.</u>
  22-cv-09588

Dear Judge Vyskocil:

As the Court is aware, this firm represents Sweetgreen, Inc. in the above-referenced action.  We write with the consent of Plaintiff to respectfully request an extension of time to respond to the Complaint until March 14, 2023.  The Parties do not anticipate any further extensions and will file a motion to compel arbitration and to dismiss the Complaint on March 14, 2023, if they cannot finalize an agreement as detailed below.

The extension is necessary because we are still in discussions with Plaintiffs' counsel about dismissing this action and proceeding with Plaintiff Gabriel's claims to arbitration and dismissing Plaintiff Santiago's claims.  The parties are near a determination after exchanging legal arguments amongst counsel.  This is Defendant's third request for an extension of time.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/ *Daniel Gomez-Sanchez*

Daniel Gomez-Sanchez

cc: All attorneys of record (via ECF)

4853-7230-5743.1 / 081089-1083

> **Granted. SO ORDERED.**
>
> Date: 2/7/2023
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

littler.com